UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN J. HOUSTON** | **CASE NO. 6:22-CV-01344** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **UNITED WISCONSIN INSURANCE COMPANY, ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to dismiss filed by defendant Ortega [ECF No. 10] is **DENIED** at this time.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff is given 14 days in which to provide evidence of service on defendant Ortega pursuant to the Hague Convention. If Plaintiff fails to institute service within the 14 days provided, all claims by Plaintiff against Ortega will be dismissed without prejudice.

THUS DONE in Chambers on this 6th day of January, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE